# EXHIBIT A

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
CALENDAR: C
PAGE 1 of 7
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT FOR COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| EMILY FIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| UBER TECHNOLOGIES, INC. a Delaware | ) |
| Corporation, RASIER, LLC, a Delaware Company, | ) |
| and DANIEL L. CARDWELL, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, Emily Field, by her attorneys, RAY & GLICK LLC, and complaining of the Defendants, Uber Technologies, Inc. (UBER), Rasier, LLC, Rasier LLC d/b/a UBER (RASIER) and Daniel L. Cardwell, states as follows:

COUNT I
(Negligence UBER )

1. That on or about February 4, 2016, Plaintiff, Emily Field, was operating a certain automobile to wit: 2010 Ford Crown Victoria in an easterly direction on Pratt at or near the intersection of Crawford Avenue and Pratt, in the City of Lincolnwood, County of Cook, State of Illinois.

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 1 of 7

2. The at all times material hereto Defendant Uber Technologies, Inc. (UBER) was a Delaware corporation engaged in the livery business in among other places the County of Cook, State of Illinois.

3. That at the time and place aforesaid, Defendant Daniel L. Cardwell was the owner and/or operator of a certain automobile to wit: 2007 Dodge Caravan which he was then and there operating, as an agent and employee acting for and on behalf of UBER, in a southerly direction immediately to the driver's side of the vehicle operated by Plaintiff.

4. That it was the duty of Defendant UBER to exercise ordinary care for the safety of the Plaintiff, Emily Field; that duty notwithstanding, Defendant Daniel L. Cardwell acting on behalf of UBER committed one or more of the following negligent, careless and improper acts or omissions:

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
PAGE 2 of 7

    a. Did operate his motor vehicle at a high and dangerous rate of speed incommensurate with the conditions then existing in violation of 625 ILCS 5/11-601;

    b. Failed to maintain a lookout for other vehicles operating on the roadway;

    c. Failed to maintain a safe, suitable and proper interval between his motor vehicle and the motor vehicle being operated by the Plaintiff;

    d. Failed to maintain his motor vehicle under safe, suitable and proper control;

    e. Failed to observe the motor vehicle which Plaintiff was operating and avoid coming into contact with the driver's side front panel portion of the vehicle operated by Plaintiff;

    f. Did fail to stop at an intersection designated by a red lighted traffic control device, in violation of 625 ILCS 5/11-306 (c) (1);

    g. Failed to bring his motor vehicle to a stop to avoid a collision with the vehicle operated by Plaintiff;

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 2 of 7

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
PAGE 3 of 7

h. Failed to give warning by sounding his horn when he knew or should have known of Plaintiff's peril in the roadway, in violation of 625 ILCS 5/11-1003.1 and 5/12-601;

5. That as a proximate result of one or more of the aforesaid careless, improper and negligent acts on the part of the Defendant UBER through Daniel L. Cardwell the vehicle being operated by him did run into and strike the driver's side front of the vehicle being operated by Plaintiff.

6. That as a direct and proximate result thereof, Plaintiff sustained serious and permanent injuries; that Plaintiff has incurred medical expenses and will incur medical expenses in the future; that Plaintiff sustained losses of income and will sustain losses of income in the future; that Plaintiff has experienced great pain and suffering and will in the future experience great pain and suffering; to the damage of the Plaintiff, Emily Field, in a sum in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars.

WHEREFORE, Plaintiff, Emily Field, demands judgment against the Defendant Uber Technologies, Inc., a Delaware corporation, in a dollar amount sufficient to satisfy the jurisdictional limits of the law division of this court, such additional amounts as the jury and the court shall deem proper and additionally costs of same.

PLAINTIFF DEMANDS TRIAL BY JURY

## COUNT II
(Negligence RASIER)

1. That on or about February 4, 2016, Plaintiff, Emily Field, was operating a certain automobile to wit: 2010 Ford Crown Victoria in an easterly direction on Pratt at or near the intersection of Crawford Avenue and Pratt, in the City of Lincolnwood, County of Cook, State of Illinois.

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 3 of 7

2. That all times material hereto Rasier, LLC ( RASIER) was a Delaware company that from time to time did business as UBER and engaged in the livery business in among other places the County of Cook, State of Illinois.

3. That at the time and place aforesaid, Defendant Daniel L.Cardwell was the owner and/or operator of a certain automobile to wit: 2007 Dodge Caravan which he was then and there operating, as an agent and employee acting for and on behalf of RASIER, in a southerly direction immediately to the driver's side of the vehicle operated by Plaintiff.

4. That it was the duty of the Defendant RASIER to exercise ordinary care for the safety of the Plaintiff, Emily Field; that duty notwithstanding, Defendant Daniel L. Cardwell acting on behalf of RASIER committed one or more of the following negligent, careless and improper acts or omissions:

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
PAGE 4 of 7

- a. Did operate his motor vehicle at a high and dangerous rate of speed incommensurate with the conditions then existing in violation of 625 ILCS 5/11-601;
- b. Failed to maintain a lookout for other vehicles operating on the roadway;
- c. Failed to maintain a safe, suitable and proper interval between his motor vehicle and the motor vehicle being operated by the Plaintiff;
- d. Failed to maintain his motor vehicle under safe, suitable and proper control;
- e. Failed to observe the motor vehicle which Plaintiff was operating and avoid coming into contact with the driver's side front panel portion of the vehicle operated by Plaintiff;
- f. Did fail to stop at an intersection designated by a red lighted traffic control device, in violation of 625 ILCS 5/11-306 (c) (1);
- g. Failed to bring his motor vehicle to a stop to avoid a collision with the vehicle operated by Plaintiff;

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 4 of 7

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
PAGE 5 of 7

    h.    Failed to give warning by sounding his horn when he knew or should have known of Plaintiff's peril in the roadway, in violation of 625 ILCS 5/11-1003.1 and 5/12-601;

5. That as a proximate result of one or more of the aforesaid careless, improper and negligent acts on the part of the Defendant RASIER through Daniel L. Cardwell the vehicle being operated by him did run into and strike the driver's side front of the vehicle being operated by Plaintiff.

6. That as a direct and proximate result thereof, Plaintiff sustained serious and permanent injuries; that Plaintiff has incurred medical expenses and will incur medical expenses in the future; that Plaintiff sustained losses of income and will sustain losses of income in the future; that Plaintiff has experienced great pain and suffering and will in the future experience great pain and suffering; to the damage of the Plaintiff, Emily Field, in a sum in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars.

WHEREFORE, Plaintiff, Emily Field, demands judgment against the Defendant Rasier, LLC, a Delaware company, in a dollar amount sufficient to satisfy the jurisdictional limits of the law division of this court, such additional amounts as the jury and the court shall deem proper, and additionally costs of same.

PLAINTIFF DEMANDS TRIAL BY JURY

COUNT III
(Negligence Daniel L. Cardwell)

1. That on or about February 4, 2016, Plaintiff, Emily Field, was operating a certain automobile to wit: 2010 Ford Crown Victoria in an easterly direction on Pratt at or near the intersection of Crawford Avenue and Pratt, in the City of Lincolnwood, County of Cook, State of Illinois.

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 5 of 7

2. That at the time and place aforesaid, Defendant Daniel L. Cardwell, a resident and citizen of the State of Illinois, was the owner and/or operator of a certain automobile to wit: 2007 Dodge Caravan which he was then and there operating in a southernly direction immediately to the driver's side of the vehicle operated by Plaintiff.

3. That it was the duty of the Defendant to exercise ordinary care for the safety of the Plaintiff, Emily Field; that duty notwithstanding, Defendant Daniel L. Cardwell committed one or more of the following negligent, careless and improper acts or omissions:

   a. Did operate his motor vehicle at a high and dangerous rate of speed incommensurate with the conditions then existing in violation of 625 ILCS 5/11-601;

   b. Failed to maintain a lookout for other vehicles operating on the roadway;

   c. Failed to maintain a safe, suitable and proper interval between his motor vehicle and the motor vehicle being operated by the Plaintiff;

   d. Failed to maintain his motor vehicle under safe, suitable and proper control;

   e. Failed to observe the motor vehicle which Plaintiff was operating and avoid coming into contact with the driver's side front panel portion of the vehicle operated by Plaintiff;

   f. Did fail to stop at an intersection designated by a red lighted traffic control device, in violation of 625 ILCS 5/11-306 (c) (1);

   g. Failed to bring his motor vehicle to a stop to avoid a collision with the vehicle operated by Plaintiff;

   h. Failed to give warning by sounding his horn when he knew or should have known of Plaintiff's peril in the roadway, in violation of 625 ILCS 5/11-1003.1 and 5/12-601;

4. That as a proximate result of one or more of the aforesaid careless, improper and negligent acts on the part of the Defendant Daniel L. Cardwell the vehicle being operated by the

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
PAGE 6 of 7

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 6 of 7

Defendant did run into and strike the driver's side front panel portion of the vehicle being operated by Plaintiff.

5. That as a direct and proximate result thereof, Plaintiff sustained serious and permanent injuries; that Plaintiff has incurred medical expenses and will incur medical expenses in the future; that Plaintiff sustained losses of income and will sustain losses of income in the future; that Plaintiff has experienced great pain and suffering and will in the future experience great pain and suffering; to the damage of the Plaintiff, Emily Field, in a sum in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars.

WHEREFORE, Plaintiff, Emily Field, demands judgment against the Defendant Daniel L. Cardwell in a dollar amount sufficient to satisfy the jurisdictional limits of the law division of this court, such additional amounts as the jury and the court shall deem proper, and additionally costs of same.

PLAINTIFF DEMANDS TRIAL BY JURY

ELECTRONICALLY FILED
1/29/2018 1:54 PM
2018-L-001010
PAGE 7 of 7

Respectfully submitted,

RAY & GLICK LLC

Bogdan Martinovich

Bogdan Martinovich
RAY & GLICK LLC
P.O. Box 400
Libertyville, Il 60048
847-996-1350
FAX: 847-680-9756
E-Mail Address: Bogie@MartinovichLaw.Com
Attorney Registration Number: 12867

Field vs. Uber Technologies, et al.
Case Number:
Complaint

Page 7 of 7